IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STERLING BANK, | § | |
| Plaintiff, | § § § | |
| vs. | § | C.A. No. 3:11-CV-220 |
| M/V DEEP SEA CHAMPION | § § | ADMIRALTY – RULE C |
| Defendant. | § § | |

### ORDER FOR ISSUANCE OF WARRANT OF ARREST

Having considered the Verified Complaint filed by Sterling Bank for amounts due and owing under loans secured by preferred ship mortgages, plus interest, charges, costs and attorneys' fees relating to the same, and upon determination that the conditions set forth pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims and the law have been met,

IT IS HEREBY ORDERED that the Clerk of Court issue a Warrant for the Arrest of the M/V DEEP SEA CHAMPION, her engines, tackle, apparel, *etc.*, and all other equipment and appurtenances thereto, *in rem*, which is currently docked at in Aransas Pass, Texas

Galveston, Texas, this 13th day of May, 2011

_____
UNITED STATES MAGISTRATE JUDGE