IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STERLING BANK, | § | |
| Plaintiff, | § § § | |
| vs. | § § | C.A. No. 3:11-CV-220 |
| M/V DEEP SEA CHAMPION | § § | ADMIRALTY – RULE C |
| Defendant. | § § | |

## WARRANT OF ARREST

To: The Marshal
United States District Court
Southern District of Texas

You are commanded immediately to arrest the motor vessel ("M/V") DEEP SEA CHAMPION, her engines, tackle, apparel, furniture, equipment and appurtenances, and to serve a copy of the Original Verified Complaint filed by Sterling Bank and this Warrant of Arrest on the person in possession of the vessel or his agent, and promptly to return your writ.

The vessel may be shifted to a layberth in Freeport, Texas, or elsewhere within the district as requested by Sterling Bank. The Marshal may release the vessel without further order of the Court upon stipulation of Sterling Bank counsel that all parties agree to the vessel release.

Dated: 5/13/11

David J. Bradley, Clerk of Court

Anderson, Deputy Clerk
UNITED STATES DISTRICT COURT CLERK